IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON JR.                                                                    PLAINTIFF

v.                                              Civil No. 4:19-cv-4109

GUARD BURNS; CAPTAIN ADAMS;
and K. WATSON                                                                                 DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed June 9, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 28). Judge Bryant recommends that the Court grant Defendants' Motion for Summary Judgment (ECF No. 22) and dismiss all claims asserted in this case with prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 28) *in toto*. Defendants' Motion for Summary Judgment (ECF No. 22) is hereby **GRANTED**. Plaintiff's claims against Defendants are all **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of June, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge